UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:                                                                CASE NO. 22-10014-BKC-SMG

LORENZO ALLEN, `                                         In proceedings under Chapter 13
                                                                              FORT LAUDERDALE DIVISION

        Debtor.
_____/

**EMERGENCY HEARING REQUESTED**

**DEBTOR'S MOTION TO REINSTATE THE CHAPTER 13 CASE**

**Basis for Emergency:** The Debtor is in possession of a Final Judgment evidencing a foreclosure sale on February 9, 2022. The Debtor will suffer permanent and irreparable harm if the home is sold. The Debtor requests this matter be heard no later than February 8, 2022.

      COMES NOW, Lorenzo Allen, the Debtor, by and through undersigned counsel, and moves this Court to Reinstate the Chapter 13 Case, and in support thereof states as grounds the following:

      1. On January 3, 2022, the Debtor filed a voluntary chapter 13 bankruptcy under Title 11 of the United States Code.

      2. On January 27, 2022, the Court entered an Order Dismissing the case was dismissed for failure to file the Chapter 13 Plan and other documents.

      3. The undersigned has filed all documents, and holding the first chapter 13 payment. The filing fee to the clerk of court has been paid.

      4. Based on the foregoing, the Debtor wishes to reinstate the case and resolve his liabilities.

      5. As of the date of this Motion, all the required documents have been filed with the Court.

      6. The undersigned counsel pursuant to Local Rule 9013-1(E)(3)(a), certifies that the Debtor has tendered the sum necessary to the undersigned to bring his case current under the modified plan as of the date of this Motion.

      WHEREFORE, the Debtor respectfully requests this Court to reinstate the Chapter 13 case.

I hereby certify that I am admitted to the Bar of the United States District Court of the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 2090-1(A).

        Bigge & Rodriguez, PA
        Attorneys for the Debtor
        915 Middle River Dr., Ste. 401
        Fort Lauderdale, FL 33304
        (954)400-7322
        (954)400-5449 Facsimile
        brpa@biggerodriguez.com

By: *Robert J. Bigge, Jr.*
        Robert J. Bigge, Jr.
        Florida Bar No. 906610

| | | |
|---|---|---|
| Lorenzo A Allen<br>6207 NW 66 way<br>Parkland, FL 33067 | Robin R. Weiner, Trustee<br>(electronically) | Office of the US Trustee<br>(electronically) |
| Aldridge & Connors<br>1615 S. Congress Ave.<br>Ste. 200<br>Delray Beach, FL 33445 | Atty General of the US<br>950 Pennsylvania Ave NW, #4400<br>Washington, DC 20530-0001 | Gilbert & Caddy, P.A.<br>1720 Harrison St.<br>19th Floor, Penthouse B<br>Hollywood, FL 33020 |
| Internal Revenue Service<br>POB 7346<br>Philadelphia, PA 19101 | Mercury Credit Card<br>POB 84064<br>Columbus, GA 31908 | Ocwen Loan Servicing L<br>1661 Worthington Rd Suite 100<br>West Palm Beach, FL 33409 |
| Real Time Resolutions<br>5420 Lbj Freeway #1010<br>Dallas, TX 75240 | Roger Morris & Ziegler<br>1401 E Broward Blvd<br>Ste 300<br>Fort Lauderdale, FL 33301 | Special Assistant US Attorney<br>Associate Area Counsel<br>1000 S Pine Island Rd #300<br>Plantation, FL 33324 |
| Timberoof Roofing Co. Inc.<br>4261 NW 74th Ave<br>Lauderhill, FL 33319 | US Attorney<br>Southern District of Florida<br>99 NE 4 St<br>Miami, FL 33132 | |