UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

IN RE:  CASE NO.: 22-10014-SMG

LORENZO ANDREW ALLEN,  CHAPTER 13

    Debtor.
_____/

### UNITED STATES OF AMERICA'S OBJECTION TO CONFIRMATION

The United States of America, by and through its undersigned Assistant United States Attorney, on behalf of the Internal Revenue Service ("IRS"), hereby objects to confirmation of the Debtor's *Second Amended Chapter 13* (the "Plan") [D.E. 48] and in support thereof states as follows:

    1.    On January 3, 2022, Lorenzo Andrew Allen (the "Debtor") filed a voluntary petition for relief under Chapter 13 of Title 11 of the United States Code (the "Bankruptcy Code").

    2.    On March 28, 2022, the IRS filed proof of claim 3-1 (the "Claim") setting forth an unsecured priority claim in the amount of $4,674.78 and unsecured general claim in the amount of $12,734.04.

    3.    On May 19, 2022, the Debtor filed the Second Amended Plan. [D.E. 48]

    4.    Section 1322(a)(2) of the Bankruptcy Code states that a plan "shall provide for the full payment, in deferred cash payments, of all claims entitled to priority under section 507 of this title, unless the holder of a particular claim agrees to a different treatment of such claim." 11 U.S.C. § 1322(a)(2). The IRS' claim is entitled to priority treatment pursuant to 11 U.S.C. § 507(a)(8).

5. The IRS contends that the Debtor's Plan fails to provide for any payments toward the IRS' priority claim. Further, the Plan fails to provide for the payment of interest on the Claim as required by 11 U.S.C. § 511.

6. Further, the IRS has no record of the Debtor filing a tax return for tax year 2020 and 2021. Pursuant to 11 U.S.C. § 1308, not later than the day before the date on which the 341 meeting was first scheduled, the Debtor is required to file all tax returns required to be filed in the 4-year period preceding the petition date.

7. Therefore, the Debtor's Plan cannot be confirmed.

**WHEREFORE**, the United States of America respectfully requests that the Court enter an Order: (i) denying confirmation of the Debtor's Plan; (ii) requiring the Debtor to file a plan that conforms to the Claim as required under the Bankruptcy Code; and (iii) providing for such further relief as this Court deems just and proper.

Respectfully submitted,

**JUAN ANTONIO GONZALEZ**
**UNITED STATES ATTORNEY**

By: /s/*Raychelle A. Tasher*
RAYCHELLE A. TASHER
Assistant United States Attorney
Florida Bar No. 109291
Raychelle.Tasher@usdoj.gov
99 N.E. 4th Street, Suite 300
Miami, Florida 33132
Telephone: (786) 439-3185
Facsimile: (305) 530 -7139

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on June 2, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day by transmission of Notices of Electronic Filing generated by CM/ECF to those parties registered to receive electronic notices of filing in this case or via U.S. mail as listed in the below Service List.

/s/*Raychelle A. Tasher*
RAYCHELLE A. TASHER

## Service List

**VIA CM/ECF Notice:**

**22-10014-SMG Notice will be electronically mailed to:**

Keith S Labell    klabell@raslg.com, klabell@raslg.com

Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov

Christopher P Salamone    csalamone@raslg.com, csalamone@raslg.com

Raychelle A. Tasher on behalf of Creditor United States of America, Department of Treasury/Internal Revenue Service ,
Raychelle.Tasher@usdoj.gov, Milton.Pacheco@usdoj.gov;Shannon.Patterson@usdoj.gov

Chad T Van Horn    Chad@cvhlawgroup.com,
chad@ecf.inforuptcy.com,g2320@notify.cincompass.com,chapter7@cvhlawgroup.com,broward@cvhlawgroup.com,chapter11@cvhlawgroup.com,miami@cvhlawgroup.com

Robin R Weiner    ecf@ch13weiner.com, ecf2@ch13weiner.com

**VIA U.S. MAIL:**

Synchrony Bank
PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541

/s/*Raychelle A. Tasher*
RAYCHELLE A. TASHER