**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re:  Case No.: 22-10014 SMG
LORENZO ALLEN  Chapter: 13

_____Debtor(s)_____/

### EX PARTE MOTION TO APPROVE MORTGAGE MODIFICATION AGREEMENT WITH PHH MORTGAGE

The above-referenced Debtor requests the Court enter an Order approving the Mortgage Modification Agreement with PHH Mortgage ("Lender") with respect to real property located at 6207 NW 66TH Way, Parkland, FL 33067 (street address) and states as follows:

1. The Court referred this matter to Mortgage Modification Mediation ("MMM") on May 27, 2022 (ECF # 59).

2. The MMM conference was held d on August 10, 2022.

3. A Final Report of Mortgage Modification Mediator has not yet been filed reporting the parties reached an agreement.

4. Attached is a copy of the Agreement entered into between the parties (with all personal identifiers redacted).

5. Pursuant to the Agreement, the Lender will draft all documents required by the Agreement, other than pleadings or plans required to be filed in this case.

**[For chapter 13 cases only]:**

6. Pursuant to the Agreement, the Debtor shall amend/modify the last filed chapter 13 plan on or before October 1, 2022 to provide for the payment.

7. All payments shall be considered timely upon receipt by the trustee, not upon receipt by the Lender.

8. The trustee may disburse the payment as adequate protection to the Lender until such time as the plan/modified plan is confirmed, or the case is dismissed or converted to another chapter.

**WHEREFORE,** the Debtor requests the Motion to Approve Mortgage Modification Agreement with PHH Mortgage ("Lender") be granted and for such other and further relief as this Court deems proper.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the Motion to Approve Mortgage Modification Agreement with PHH Mortgage, was served by U.S, first class mail, upon the parties listed below on August 31, 2022.

/s/ Chad Van Horn, Esq.
Attorney for Debtor
Address: 500 NE 4th Street, Suite 200
Fort Lauderdale, FL 33301
Telephone: 954-765-3166
Fax:954-756-7103
Florida Bar No.: 64500
email: chad@cvhlawgroup.com

Copies to:

OCWEN LOAN SERVICING, LLC – PO BOX 24738, West Palm Beach, FL 33416-4738
PHH MORTGAGE – PO BOX 5452, Mount Laurel, NJ 08054-5452