

**ORDERED in the Southern District of Florida on September 2, 2022.**

*Scott M. Grossman*
───────────────────────
**Scott M. Grossman, Judge**
**United States Bankruptcy Court**

───────────────────────────────────────────────────────────────

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Case No.: 22-10014 SMG |
| LORENZO ALLEN | Chapter: 13 |

_____Debtor(s)_____/

**ORDER GRANTING MOTION TO APPROVE FINAL MORTGAGE MODIFICATION AGREEMENT WITH PHH MORTGAGE, DE# 79**

This matter came before the Court:

☒ On the Debtor's Ex Parte Motion to Approve Mortgage Modification Agreement with PHH Mortgage ("Lender").

☐ For hearing on _____, upon Self-Represented Debtor's Motion to Approve Mortgage Modification Agreement with Lender.

The Court, having considered the motion and being otherwise fully advised in the premises, it is

**ORDERED** as follows:

1. The Motion to Approve Mortgage Modification Agreement between the Debtor and PHH Mortgage ("Lender") regarding real property located at 6207 NW 66th Way, Parkland, FL 33067 is granted.

2. The parties are authorized to take any and all necessary actions to effectuate the terms of the Agreement.

3. [For chapter 13 cases] The Debtor shall amend/modify the last filed chapter 13 plan on or before October 1, 2022 to provide for the payment.

4. The Court reserves jurisdiction to enforce the terms of the Agreement and this Order.

###

Chad T Van Horn, Esq. shall serve a conformed copy of this Order upon all parties of interest and shall file a Certificate of Service in accordance with Local Rule 2002-1(F).