**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re:                                                                      Case No.22-10014-SMG
                                                                                        Chapter 13

Lorenzo Allen,

_____Debtor_____/

**FINAL REPORT OF MORTGAGE MODIFICATION MEDIATOR**

The undersigned court-appointed mortgage modification mediator, reports to the Court as follows:

**A.**  The second Mortgage Modification Mediation ("MMM") conference was conducted on 8/10/2022 and the following parties were present:

  1. [X] The Debtor's attorney, Van Horn Law Group
  2. [ ] The co-obligor/co-borrower/or other third party, _____
     _____
  3. [X]The Lender's representative,Wendy Parente
        and Lender's attorney, David Levy, RAS LegalGroup
  4. [ ] Other:

**B.**  The final MMM conference was scheduled for , but not conducted for the following reason:

  1. [ ] The parties settled prior to attending.
  2. [   The case was dismissed.
  3. [ ] The Debtor and Debtor's attorney failed to attend.
  4. [ ] The Lender's representative or [ ] Lender's attorney failed to attend.
  5. [ ] Other:

**C.**  The result of the MMM conference is as follows:

  1. [X] The parties reached an agreement.
  2. [ ] The parties did not reach an agreement.

Dated: October 13, 2022                            *Donna A. Bumgardner*
                                                                    Signature of Mediator
                                                                    Print name: Donna A. Bumgardner
                                                                    7707 N University Dr, #103
                                                                    Tamarac, FL 33321
                                                                    954-724-4366
                                                                    DonnaBkcLaw@AOL.com

Copies to:
By ECF:Van Horn Law Group., RAS Legal Group for Lender, Robin Weiner, Trustee.