**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
www.flsb.uscourts.gov

In re:                                                          Case No.: 22-10014-SMG
                                                                Chapter 13
    LORENZO A. ALLEN

Debtor

_____/

**BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK AS SUCCESSOR TO JP MORGAN CHASE, N.A. AS TRUSTEE FOR ASSET BACKED FUNDING CORPORATION ASSET-BACKED CERTIFICATES, SERIES 2003-AHL1'S MOTION TO CONTINUE OCTOBER 19, 2023 HEARING ON DEBTOR'S MOTION FOR CONTEMPT AND SANCTIONS DUE TO WILLFUL VIOLATION OF THE AUTOMATIC STAY**

Bank of New York Mellon f/k/a the Bank of New York as Successor to JP Morgan Chase Bank, N.A., as Trustee for Asset Backed Funding Corporation Asset-Backed Certificates, Series 2003-AHL1 ("BoNY") pursuant to L.R. 5071-1 moves for a continuance of the hearing scheduled for October 19, 2023 at 1:00 P.M. on the Debtor's Motion for Contempt and Sanctions due to Willful Violation of the Automatic Stay (the "Motion for Contempt") and states as follows:

1.    The Motion for Contempt was filed on September 15, 2023 and scheduled for hearing at that time [ECF 104 & 105].

2.    The undersigned counsel is presently scheduled to attend mediation in Lee County on October 19, 2023 at the same time in the following two cases:

    *Dealers Greatest Assets, Inc. v. Metro Honda,* Case No.: 22-SC-007733; and

    *Dealers Greatest Assets, Inc. v. Honda of Toms River,* Case No.: 22-SC-007732.

PERSONAL\314954250.v1

Case No.: 22-10014-SMG
Chapter 13

3. The orders requiring the undersigned counsel to attend mediation were entered on August 17, 2023 and therefore, the undersigned counsel cannot move the mediations to accommodate the hearing on the Motion for Contempt.

4. This is BoNY's first request for a continuance of a hearing on the Motion for Contempt.

5. The undersigned counsel's client consents to the relief sought herein.

6. The undersigned counsel has not conferred with the Debtor regarding the relief sought herein as the Debtor is prosecuting the Motion for Contempt *pro se*.

7. A proposed order is submitted herewith as Exhibit "A."

WHEREFORE, the Bank of New York Mellon f/k/a the Bank of New York as Successor to JP Morgan Chase Bank, N.A., as Trustee for Asset Backed Funding Corporation Asset-Backed Certificates, Series 2003-AHL1 moves for a continuance of the October 19, 2023 hearing on the Motion for Contempt and Sanctions due to Willful Violation of the Automatic Stay.

Respectfully Submitted,

/s/ Siobhan E. P. Grant
Siobhan E. P. Grant
Florida Bar No.: 68892
sgrant@hinshawlaw.com
HINSHAW & CULBERTSON LLP
2525 Ponce de Leon, 4th Floor
Coral Gables, FL 33134
Tel: (305) 428-5118
*Attorneys for Bank of New York Mellon f/k/a the Bank of New York as Successor to JP Morgan Chase Bank, N.A., as Trustee for Asset Backed Funding Corporation Asset-Backed Certificates, Series 2003-AHL1*

PERSONAL\314954250.v1

Case No.: 22-10014-SMG<br>
Chapter 13

## Certificate of Service

I HEREBY certify that on October 10, 2023, I served the foregoing Motion in the manner specified below to the particular parties:

**_Via US Mail_**
Lorenzo A. Allen
6207 NW 66th Way
Parkland, Florida 33067

**_Via CM/ECF_**
Chad Van Horn
500 NE 4th Street #200
Ft. Lauderdale, FL 33301

**_Via CM/ECF_**
Robin Weiner
Chapter 13 Trustee
 PO Box 559007
Ft. Lauderdale, FL 33355

**_Via CM/ECF_**
Office of US Trustee
51 SW 1st Avenue
Suite 1204
Miami, FL 33130

By: _/s/ Siobhan E. P. Grant_
Siobhan E. P. Grant

PERSONAL\314954250.v1