

**ORDERED in the Southern District of Florida on October 13, 2023.**

*Scott M. Grossman*
_____
**Scott M. Grossman, Judge**
**United States Bankruptcy Court**

_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FT. LAUDERDALE DIVISION**

| | |
|---|---|
| In re: | Case No.: 22-10014-SMG |
| LORENZO A. ALLEN | Chapter 13 |
| Debtor | |
| _____/ | |

**ORDER GRANTING BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK AS SUCCESSOR TO JP MORGAN CHASE, N.A. AS TRUSTEE FOR ASSET BACKED FUNDING CORPORATION ASSET-BACKED CERTIFICATES, SERIES 2003-AHL1'S MOTION TO CONTINUE OCTOBER 19, 2023 HEARING ON DEBTOR'S MOTION FOR CONTEMPT AND SANCTIONS DUE TO WILLFUL VIOLATION OF <u>THE AUTOMATIC STAY</u>**

THIS CAUSE having come before the Court on Bank of New York Mellon f/k/a the Bank of New York as Successor to JP Morgan Chase, N.A., as Trustee for Asset Backed Funding Corporation Asset-Backed Certificates, Series 2003-AHL1's Motion to Continue October 19, 2023 Hearing on Debtor's Motion for Contempt and Sanctions Due to Willful Violation of the

Automatic Stay (the "Motion to Continue") and the Court having review the Motion to Continue, it is

ORDERED AND ADJUDGED THAT:

    1.    The Motion to Continue is GRANTED.

    2.    The hearing scheduled for October 19, 2023 at 1 P.M. is CONTINUED.

    3.    The hearing is rescheduled for November 9, 2023 at 1:00 P.M. and will be conducted via Video Conference by Zoom for Government using the information contained the prior Notice of Hearing [ECF 105].

###

Submitted By:
Siobhan E. P. Grant, Esq.
Hinshaw & Culbertson LLP
2525 Ponce de Leon Blvd, 4th Floor
Coral Gables, FL 33134

*Attorney Grant is directed to serve this order upon all non-registered users or registered users who have yet to appear electronically in this case and file a conforming certificate of service.*